IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COREY MILLEDGE,

     Plaintiff,

v.                                                                          4:16cv300–WS/CAS

KENNETH S. TUCKER, et al.,

     Defendants.

_____

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (doc. 32) docketed March 15, 2017. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 32) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

3. The clerk shall mail to the Middle District the ten service copies of the plaintiff's amended complaint. *See* Doc. 29.

DONE AND ORDERED this ___24th___ day of ___April___, 2017.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE