UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY MILLEDGE,

    Plaintiff,

v.    Case No. 3:17-cv-483-J-39MCR

KENNETH S. TUCKER, et al.,

    Defendants.
_____

## **ORDER**

Plaintiff's Motion for Reconsideration (Doc. 149) is **DENIED**. Plaintiff has been afforded sufficient time to review his medical and mental health records. See Order (Doc. 140). Defendants certify they have no additional records to disclose (Doc. 142). Plaintiff's efforts to conduct discovery and investigate the facts have not been blocked or denied. Cf. Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1064 (11th Cir. 2013) (holding the district court abused its discretion in finding plaintiff presented insufficient evidence in response to a motion for summary judgment when the defendants "effectively blocked" the plaintiff's efforts to obtain evidence).

If Plaintiff chooses to file a supplemental response to Defendants' Motion for Summary Judgment (Doc. 128), he must do so by **July 12, 2019**. If Plaintiff files no supplement, the Court will rule on Defendants' Motion for Summary Judgment on the record currently before the Court. This Court received Plaintiff's

response to the Motion for Summary Judgment on March 8, 2019 (Docs. 135, 136). The Court would like to reach the merits of the Motion without further delay.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of June, 2019.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Corey Milledge
Counsel of Record